**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

KENNETH L. BEAVER,

          Appellant

          v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,

          Appellee

: No. 19 EAP 2019
:
: Appeal from the Commonwealth
: Court Order dated 2/28/19 at 272
: MD 2018
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                              **DECIDED: March 26, 2020**

      **AND NOW**, this 26th day of March, 2020, the Order of the Commonwealth Court is AFFIRMED.